IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANCIS J. DOUGHERTY and<br>ELIZABETH F. DOUGHERTY,<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 13-1972-SLR-SRF<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this 8th day of September, 2014, consistent with the Memorandum issued this same date;

IT IS ORDERED that:

1. The Report and Recommendation is adopted. (D.I. 46)

2. The objections are overruled. (D.I. 47)

3. Plaintiffs' motion to remand (D.I. 14) is granted.

                                                                   _____
                                                                   United States District Judge